# EXHIBIT 3

| **From:** | Colton Johnson Taylor |
|-----------|----------------------|
| **To:** | CGrice; keenandl; dgodwin; fjohnson; cjohnson@johnsonandjohnsonattys.com; ge; jkp; lgross; martin@sparkman-zummach.com; bmckinney; McMullen, Bruce; mcollins; mistie@sparkman-zummach.com; Terri Norman; Reagan, Ian; McKinney, Kelsey; Morris, Angela; Silk, Jennie; stephenrleffler |
| **Cc:** | aromanucci; JLevin; sweil; bw@mendelsonfirm.com; dm; sraisch; brooke; Colton Johnson Taylor; DKondos; hward; dkelly; Natalie; court@bencrump.com |
| **Subject:** | Wells v. City of Memphis, et al. - Alpert Subpoena Duces Tecum |
| **Date:** | Wednesday, April 15, 2026 6:33:12 PM |
| **Attachments:** | image001.png<br>image002.png<br>image003.png<br>image004.png<br>image005.png<br>Carpenter Put it in writing.pdf<br>IACP WrittenDirectivePolicy.pdf<br>Sentinel event reviews.pdf |

Counsel,

See attached documents being produced on behalf of Geofrey Alpert.

## Colton M. Johnson Taylor
### Attorney



**www.rblaw.net**

**e:** cjohnson@rblaw.net
**p:** (312) 253-8601
**f:** (312) 458-1004
**a:** 321 N Clark St, Ste 900, Chicago, IL 60654

   

 *Go Green - Please don't print this e-mail unnecessarily.*

**Confidentiality Statement.** The information contained in this electronic mail communication is intended only for the personal and confidential use of the designated recipient named above. This message may be an attorney-client communication and, as such, is privileged and confidential. If the reader of this message is not the intended recipient, you are hereby notified that you have received this communication in error and that any review, dissemination, distribution, or copying of the message is strictly prohibited. If you have received this transmission in error, please notify us immediately by telephone at 312.458.1000 or by reply e-mail.

Exhibit 3 - Page 1 of 1