

# EXHIBIT 4

| From: | Joshua Levin |
|---|---|
| To: | Silk, Jennie; McKinney, Kelsey |
| Cc: | sraisch; Colton Johnson Taylor; CGrice; dgodwin; lgross; bmckinney; mcollins; Terri Norman; aromanucci; sweil; bw@mendelsonfirm.com; dm; brooke; DKondos; hward; dkelly; Natalie; court@bencrump.com; Hivner, Lexi; McMullen, Bruce |
| Subject: | RE: Subpoena Duces Tecum to Dr. Geoffrey Alpert |
| Date: | Tuesday, April 28, 2026 1:17:54 PM |
| Attachments: | 2026.04.28 Wells v. City of Memphis - Addendum to Geoffrey Alpert"s Report.pdf<br>Weppelmann, Incident Cause Pattern Analysis at Bayer.pdf |

Please find attached Dr. Alpert's addendum to his report, which addresses the Blokland citation issue. Also attached is the Weppelmann article referenced in the addendum.

**From:** Joshua Levin
**Sent:** Tuesday, April 28, 2026 12:38 PM
**To:** 'Silk, Jennie' <jsilk@bakerdonelson.com>; McKinney, Kelsey <kmckinney@bakerdonelson.com>
**Cc:** Sarah Raisch <sraisch@rblaw.net>; Colton Johnson Taylor <cjohnson@rblaw.net>; CGrice <CGrice@EFLawgroup.com>; dgodwin <dgodwin@gmlblaw.com>; lgross <lgross@perrygriffin.com>; bmckinney <bmckinney@gmlblaw.com>; mcollins <mcollins@gmlblaw.com>; Terri Norman <tnorman@gmlblaw.com>; Antonio Romanucci <aromanucci@rblaw.net>; Stephen Weil <SWeil@rblaw.net>; bw@mendelsonfirm.com; dm <dm@mendelsonfirm.com>; brooke <brooke@bencrump.com>; Dana Kondos <DKondos@rblaw.net>; Houston Ward <HWard@rblaw.net>; Devon Kelly <dkelly@rblaw.net>; Natalie <Natalie@bencrump.com>; court@bencrump.com; Hivner, Lexi <ahivner@bakerdonelson.com>; McMullen, Bruce <bmcmullen@bakerdonelson.com>
**Subject:** RE: Subpoena Duces Tecum to Dr. Geoffrey Alpert

Jennie,

Regarding numbers (2) and (3), we are searching for any additional nonprivileged communications between Dr. Alpert and Plaintiff's counsel and will produce any such communications to you. The parties are not at issue yet on these requests, so a motion to compel is premature. As you know, as a result of your own motion, there is now no deadline set for expert discovery.

Regarding numbers (1) and (4), we do object. After his deposition, Dr. Alpert retraced his steps and he has prepared an addendum to his report explaining the Blokland citation issue. I am sending that to you shortly. You already questioned Dr. Alpert about the Blokland citation and the use of AI in his deposition. There is no basis to reopen on that issue.

Regarding a motion to compel to enforce the subpoena to Dr. Alpert, are you claiming that his compliance with the subpoena was deficient? Please explain in what way. You questioned Dr. Alpert under oath at length about his compliance with the subpoena, and he explained the documents he does and doesn't have in his possession, the steps he took to search for and

Exhibit 4 - Page 1 of 14

provide documents, and so on. What is the basis of your motion to compel? We asked for additional time to consider this matter because we could not, and still do not, see what the alleged noncompliance is that would be valid grounds for an enforcement motion.

Thank you,
Josh

**From:** Silk, Jennie <jsilk@bakerdonelson.com>
**Sent:** Tuesday, April 28, 2026 7:30 AM
**To:** Joshua Levin <JLevin@rblaw.net>; McKinney, Kelsey <kmckinney@bakerdonelson.com>
**Cc:** Sarah Raisch <sraisch@rblaw.net>; Colton Johnson Taylor <cjohnson@rblaw.net>; CGrice <CGrice@EFLawgroup.com>; dgodwin <dgodwin@gmlblaw.com>; lgross <lgross@perrygriffin.com>; bmckinney <bmckinney@gmlblaw.com>; mcollins <mcollins@gmlblaw.com>; Terri Norman <tnorman@gmlblaw.com>; Antonio Romanucci <aromanucci@rblaw.net>; Stephen Weil <SWeil@rblaw.net>; bw@mendelsonfirm.com; dm <dm@mendelsonfirm.com>; brooke <brooke@bencrump.com>; Dana Kondos <DKondos@rblaw.net>; Houston Ward <HWard@rblaw.net>; Devon Kelly <dkelly@rblaw.net>; Natalie <Natalie@bencrump.com>; court@bencrump.com; Hivner, Lexi <ahivner@bakerdonelson.com>; McMullen, Bruce <bmcmullen@bakerdonelson.com>
**Subject:** RE: Subpoena Duces Tecum to Dr. Geoffrey Alpert

**[EXTERNAL EMAIL]** DO NOT CLICK links or attachments unless you recognize the sender and know the content is safe.

Josh,

We have given you more than a week to respond. At this point, we have no choice but to get the courts involved.

We intend to file a motion to compel today seeking the following: (1) for Plaintiff to produce Dr. Alpert for a deposition and require him to answer the question regarding the Blokland article that was likely an AI hallucination; (2) to compel Plaintiff's counsel to produce all communications with Dr. Alpert that are discoverable under the Federal Rules; (3) to compel Plaintiff's counsel to produce all documents reflecting fee agreements, billing, and payments to Dr. Alpert for his work on this case; (4) to compel Plaintiff's counsel to identify any person that provided AI influenced drafts to sit for deposition(s) regarding their use of the AI to draft portions of Dr. Alpert's report and to produce all drafts of the report in order to determine

Exhibit 4 - Page 2 of 14

whether Dr. Alpert or Plaintiff's counsel used AI to draft the report.

We also intend to file a motion to compel Dr. Alpert's compliance with his subpoena in the District Court of South Carolina.

We assume you will oppose these motions, but for purposes of consultation please let us know if you do not oppose by Noon.

Thanks,

**Jennie Vee Silk**
Shareholder

Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
2000 First Tennessee Building
165 Madison Avenue
Memphis, TN 38103

Phone  901.577.8212
Fax      901.577.0812
JSilk@bakerdonelson.com

Baker, Donelson, Bearman, Caldwell & Berkowitz, PC represents clients across the U.S. and abroad from offices in Alabama, Florida, Georgia, Louisiana, Maryland, Mississippi, South Carolina, Tennessee, Texas, Virginia and Washington, D.C.

---

**From:** Joshua Levin <JLevin@rblaw.net>
**Sent:** Friday, April 24, 2026 4:58 PM
**To:** McKinney, Kelsey <kmckinney@bakerdonelson.com>
**Cc:** Silk, Jennie <jsilk@bakerdonelson.com>; sraisch <sraisch@rblaw.net>; Colton Johnson Taylor <cjohnson@rblaw.net>; CGrice <CGrice@EFLawgroup.com>; dgodwin <dgodwin@gmlblaw.com>; lgross <lgross@perrygriffin.com>; bmckinney <bmckinney@gmlblaw.com>; mcollins <mcollins@gmlblaw.com>; Terri Norman <tnorman@gmlblaw.com>; aromanucci <aromanucci@rblaw.net>; sweil <sweil@rblaw.net>; bw@mendelsonfirm.com; dm <dm@mendelsonfirm.com>; brooke <brooke@bencrump.com>; DKondos <DKondos@rblaw.net>; hward <hward@rblaw.net>; dkelly <dkelly@rblaw.net>; Natalie <Natalie@bencrump.com>; court@bencrump.com; Hivner, Lexi <ahivner@bakerdonelson.com>; McMullen, Bruce <bmcmullen@bakerdonelson.com>
**Subject:** RE: Subpoena Duces Tecum to Dr. Geoffrey Alpert

Kelsey, We will get back to you next week on your question regarding Dr. Alpert.

---

**From:** McKinney, Kelsey <kmckinney@bakerdonelson.com>
**Sent:** Sunday, April 19, 2026 9:30 PM
**To:** Joshua Levin <JLevin@rblaw.net>

Exhibit 4 - Page 3 of 14

**Cc:** Silk, Jennie <jsilk@bakerdonelson.com>; Sarah Raisch <sraisch@rblaw.net>; Colton Johnson Taylor <cjohnson@rblaw.net>; CGrice <CGrice@EFLawgroup.com>; dgodwin <dgodwin@gmlblaw.com>; lgross <lgross@perrygriffin.com>; bmckinney <bmckinney@gmlblaw.com>; mcollins <mcollins@gmlblaw.com>; Terri Norman <tnorman@gmlblaw.com>; Antonio Romanucci <aromanucci@rblaw.net>; Stephen Weil <SWeil@rblaw.net>; bw@mendelsonfirm.com; dm <dm@mendelsonfirm.com>; brooke <brooke@bencrump.com>; Dana Kondos <DKondos@rblaw.net>; Houston Ward <HWard@rblaw.net>; Devon Kelly <dkelly@rblaw.net>; Natalie <Natalie@bencrump.com>; court@bencrump.com; Hivner, Lexi <ahivner@bakerdonelson.com>; McMullen, Bruce <bmcmullen@bakerdonelson.com>

**Subject:** Re: Subpoena Duces Tecum to Dr. Geoffrey Alpert

**[EXTERNAL EMAIL]** DO NOT CLICK links or attachments unless you recognize the sender and know the content is safe.

Sure, Josh. Your RFP responses indicate a fundamental misunderstanding of the requirements of Rules 26 and 34. We're happy to clarify for you so that we can get your deficiencies resolved expeditiously.

**The Scope of Discovery and Claiming Privilege.**

"Parties may obtain discovery regarding any nonprivileged matter[.]" Fed. R. Civ. P. 26(b)(1). "When a party withholds information otherwise discoverable by claiming that the information is privileged or subject to protection as trial-preparation material, the party must: (i) expressly make the claim; and (ii) describe the nature of the documents, communications, or tangible things not produced or disclosed—and do so in a manner that, without revealing information itself privileged or protected, will enable other parties to assess the claim." Fed. R. Civ. P. 26(b)(5)(A).

Thus, as explained in Magistrate Judge Christoff's recent Order on the City's Motions to Compel, "to the extent counsel possesses communications with or documents about third parties that are not opinion work product [such as internal documents reflecting an attorney's mental impressions, opinions, conclusions, judgments, or legal theories], those documents must either be produced or included on a privilege log that describes the basis for a claim of fact work product." (ECF No. 609, PageID 9295; *see also id.* at PageID 9296, 9297.)

We are not in any way suggesting that **internal documents** must be included on a privilege log. Clearly, those documents would not be "otherwise discoverable." Fed. R. Civ. P. 26(b)(5)(A). However, if Plaintiff has responsive documents in her possession that, but for an applicable privilege, would be discoverable, those documents must be (1) produced; (2) withheld but identified on a privilege log; or (3) produced with appropriate redactions, with the redacted information identified on a privilege log.

Exhibit 4 - Page 4 of 14

**Communications and Work Product.**

Just because a communication may include work product protected information, does not give you the ability to withhold the communication altogether. Regardless of the content of a discoverable communication, information such as the time/date of the communication and the parties to the communication are not protected by any privilege. Thus, you are still obligated to include those communications on a privilege log. And, to the extent that a communication includes both work product and non-work product contents, you must produce the communication with appropriate redactions, and then include the redacted portions on a privilege log.

You state in your supplemental response to Request No. 30 that all responsive documents have been produced. As you know, this is not the truth. On April 15, you produced communications responsive to Request No. 30 that existed prior to your supplementation. Further, as established during Dr. Alpert's deposition, you have not produced **all** communications with him, nor do the produced communications provide complete information as to the date, time, and recipients of the communications. *See* Wells_010269. Likewise, you have not produced **any** communications with any other experts.

To that end, **please produce all communications with <u>all</u> experts by April 30, 2026**, whether the production be via an unredacted document, a redacted document, and/or inclusion on privilege log as appropriate. This is sought in Request No. 30 and is required by the Rules. Such a production should also include any communications with Dr. Alpert that were previously withheld, as pointed out by Jennie during his deposition.

**Responsive but Privileged Documents.**

You (again) misunderstand the requirements of Rules 26 and 34 with your repeated statements that "Plaintiff has produced all non-privileged documents responsive to" a request, but that "Plaintiff is not withholding any responsive documents." These statements imply that you have in your possession **responsive, but privileged** documents. And if so, you are obviously withholding those documents. Consequently, you either need to clarify that you are not withholding documents—privileged or not—or provide a privilege log for all responsive, privileged documents that you are withholding. The privilege log should, *inter alia*, specify the privilege being claimed. Fed. R. Civ. P. 26(b)(5)(A)(i).

**Written Statements from Third Parties.**

As ordered by the Court, please immediately produce any written statements from third parties responsive to Request Nos. 46-126, 128-129, and 133-141 immediately. (ECF No. 609, PageID 9293, n.7.) **To the extent that no written statements exist, please confirm as much by COB Tuesday, April 21.**

**Request Nos. 15 & 16.**

You are well aware that the documents produced by First Horizon do not include the documents sought in Request No. 15. Additionally, your statement that presumes Plaintiff is not obligated to produce documents responsive to Request Nos. 15 and 16 because "all damages claims by Plaintiff in her individual capacity against the City and Chief Davis have

Exhibit 4 - Page 5 of 14

been dismissed," is unavailing. Rule 26(b)(1) allows for discovery of information that is "relevant to **any** party's claim or defense." Fed. R. Civ. P. 26(b)(1) (emphasis added). **Please produce the responsive documents by April 30, 2026.**

**Production Inventory.**
Your supplemental discovery responses largely fail to identify which documents are responsive to each request for which you claim documents have been produced. **Please provide an updated production inventory by April 30, 2026,** so that we can evaluate the completeness of your productions.

Likewise, for your supplemental responses that identify Wells_006021-Wells_006764, Wells_007095-Wells_009226, and Wells_009154-Wells_009226 as responsive, the Rules require more specificity than a general identification of 800-2,100 pages of documents. Given your demands that we identify responsive documents by bates number in response to Plaintiff's requests, we trust that you will have no issues reciprocating the same.

**Expert Disclosures.**
As was made clear during Dr. Alpert's deposition, Plaintiff's expert disclosures are deficient as to Federal Rule of Civil Procedure 26(a)(2)(B)(ii). Please correct these deficiencies by providing an accurate disclosure of the facts or data considered by **each individual expert** in forming their opinions.

Additionally, we intend to enforce the subpoena *duces tecum* for Dr. Alpert. **Please let us know by COB Friday, April 24** if he intends to comply with the subpoena and when we can expect a full production. Otherwise, we will move forward with a motion to compel in the appropriate venue. We may also send an additional subpoena for Dr. Alpert's tax records to confirm when he was engaged by Romanucci & Blandin, what he has charged Romanucci & Blandin since the beginning of his engagement, and as a basis for determining reasonable fees.

Finally, please provide updated availability from your experts for the last two weeks in May. We would like to get those depositions scheduled.

Kindly,
Kelsey

___
**Kelsey W. McKinney** (she/her/hers)
Associate
Direct: 901.577.8204
Email: kmckinney@bakerdonelson.com

---

**From:** Joshua Levin <JLevin@rblaw.net>
**Sent:** Wednesday, April 15, 2026 9:48 PM
**To:** Silk, Jennie <jsilk@bakerdonelson.com>

Exhibit 4 - Page 6 of 14

**Cc:** martin <martin@zummachlaw.com>; fjohnson
<fjohnson@johnsonandjohnsonattys.com>; sraisch <sraisch@rblaw.net>; Colton Johnson
Taylor <cjohnson@rblaw.net>; CGrice <CGrice@EFLawgroup.com>; keenandl
<keenandl@aol.com>; dgodwin <dgodwin@gmlblaw.com>; Curtis Johnson, Jr.
<cjohnson@johnsonandjohnsonattys.com>; ge <ge@perrygriffin.com>; jkp
<jkp@perrygriffin.com>; lgross <lgross@perrygriffin.com>; bmckinney
<bmckinney@gmlblaw.com>; mcollins <mcollins@gmlblaw.com>; Terri Norman
<tnorman@gmlblaw.com>; stephenrleffler <stephenrleffler@yahoo.com>; Mistie Wynn
<Mistie@zummachlaw.com>; aromanucci <aromanucci@rblaw.net>; sweil
<sweil@rblaw.net>; bw@mendelsonfirm.com <bw@mendelsonfirm.com>; dm
<dm@mendelsonfirm.com>; brooke <brooke@bencrump.com>; DKondos
<DKondos@rblaw.net>; hward <hward@rblaw.net>; dkelly <dkelly@rblaw.net>; Natalie
<Natalie@bencrump.com>; court@bencrump.com <court@bencrump.com>; McKinney,
Kelsey <kmckinney@bakerdonelson.com>; Hivner, Lexi <ahivner@bakerdonelson.com>;
McMullen, Bruce <bmcmullen@bakerdonelson.com>
**Subject:** RE: Subpoena Duces Tecum to Dr. Geoffrey Alpert

Jennie,

Our response states: "Plaintiff is not withholding any responsive documents." This
includes not withholding on privilege grounds.

Your email says "there are other deficiencies" but you don't say what they are. Please
let us know what you believe these "deficiencies" are before you file a motion to
compel so that we can try to straighten them out, like we were able to do here with your
concern about withholding privileged documents.

Thanks,
Josh

**From:** Silk, Jennie <jsilk@bakerdonelson.com>
**Sent:** Wednesday, April 15, 2026 3:08 PM
**To:** Joshua Levin <JLevin@rblaw.net>
**Cc:** martin <martin@zummachlaw.com>; fjohnson
<fjohnson@johnsonandjohnsonattys.com>; Sarah Raisch <sraisch@rblaw.net>; Colton
Johnson Taylor <cjohnson@rblaw.net>; CGrice <CGrice@EFLawgroup.com>; keenandl
<keenandl@aol.com>; dgodwin <dgodwin@gmlblaw.com>; Curtis Johnson, Jr.
<cjohnson@johnsonandjohnsonattys.com>; ge <ge@perrygriffin.com>; jkp
<jkp@perrygriffin.com>; lgross <lgross@perrygriffin.com>; bmckinney
<bmckinney@gmlblaw.com>; mcollins <mcollins@gmlblaw.com>; Terri Norman
<tnorman@gmlblaw.com>; stephenrleffler <stephenrleffler@yahoo.com>; Mistie Wynn
<Mistie@zummachlaw.com>; Antonio Romanucci <aromanucci@rblaw.net>; Stephen Weil
<SWeil@rblaw.net>; bw@mendelsonfirm.com; dm <dm@mendelsonfirm.com>; brooke

Exhibit 4 - Page 7 of 14

<[brooke@bencrump.com](mailto:brooke@bencrump.com)>; Dana Kondos <[DKondos@rblaw.net](mailto:DKondos@rblaw.net)>; Houston Ward <[HWard@rblaw.net](mailto:HWard@rblaw.net)>; Devon Kelly <[dkelly@rblaw.net](mailto:dkelly@rblaw.net)>; Natalie <[Natalie@bencrump.com](mailto:Natalie@bencrump.com)>; [court@bencrump.com](mailto:court@bencrump.com); McKinney, Kelsey <[kmckinney@bakerdonelson.com](mailto:kmckinney@bakerdonelson.com)>; Hivner, Lexi <[ahivner@bakerdonelson.com](mailto:ahivner@bakerdonelson.com)>; McMullen, Bruce <[bmcmullen@bakerdonelson.com](mailto:bmcmullen@bakerdonelson.com)>
**Subject:** RE: Subpoena Duces Tecum to Dr. Geoffrey Alpert

**[EXTERNAL EMAIL]** DO NOT CLICK links or attachments unless you recognize the sender and know the content is safe.

Josh,

Your supplemental discovery responses, which were served over *two weeks past the deadline* for supplementation, are still not complete or adequate. To take just one example, your supplemental response states: "**Based on Plaintiff's reasonable investigation, Plaintiff has produced all non-privileged documents responsive to this Request in her possession, custody, or control. Plaintiff is not withholding any responsive documents.**" If there are privileged documents that you are withholding, you must state than in the response **AND** you must produce a privilege log, as required by the Court's order and the **Federal Rules**. These responses indicate that you are withholding privileged documents.

There are other deficiencies, of which I am sure you are aware. We expect full supplementation by COB Friday, April 17, or we will file a motion to compel.

Thanks,

**Jennie Vee Silk**
Shareholder

Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
2000 First Tennessee Building
165 Madison Avenue
Memphis, TN 38103

Phone  901.577.8212
Fax     901.577.0812
[JSilk@bakerdonelson.com](mailto:JSilk@bakerdonelson.com)

Baker, Donelson, Bearman, Caldwell & Berkowitz, PC represents clients across the U.S. and abroad from offices in Alabama, Florida, Georgia, Louisiana, Maryland, Mississippi, South Carolina, Tennessee, Texas, Virginia and Washington, D.C.

**From:** Joshua Levin <[JLevin@rblaw.net](mailto:JLevin@rblaw.net)>
**Sent:** Wednesday, April 15, 2026 1:04 PM

Exhibit 4 - Page 8 of 14

**To:** Silk, Jennie <jsilk@bakerdonelson.com>
**Cc:** martin <martin@zummachlaw.com>; fjohnson <fjohnson@johnsonandjohnsonattys.com>; sraisch <sraisch@rblaw.net>; Colton Johnson Taylor <cjohnson@rblaw.net>; CGrice <CGrice@EFLawgroup.com>; keenandl <keenandl@aol.com>; dgodwin <dgodwin@gmlblaw.com>; Curtis Johnson, Jr. <cjohnson@johnsonandjohnsonattys.com>; ge <ge@perrygriffin.com>; jkp <jkp@perrygriffin.com>; lgross <lgross@perrygriffin.com>; bmckinney <bmckinney@gmlblaw.com>; mcollins <mcollins@gmlblaw.com>; Terri Norman <tnorman@gmlblaw.com>; stephenrleffler <stephenrleffler@yahoo.com>; Mistie Wynn <Mistie@zummachlaw.com>; aromanucci <aromanucci@rblaw.net>; sweil <sweil@rblaw.net>; bw@mendelsonfirm.com; dm <dm@mendelsonfirm.com>; brooke <brooke@bencrump.com>; DKondos <DKondos@rblaw.net>; hward <hward@rblaw.net>; dkelly <dkelly@rblaw.net>; Natalie <Natalie@bencrump.com>; court@bencrump.com; McKinney, Kelsey <kmckinney@bakerdonelson.com>; Hivner, Lexi <ahivner@bakerdonelson.com>; McMullen, Bruce <bmcmullen@bakerdonelson.com>
**Subject:** RE: Subpoena Duces Tecum to Dr. Geoffrey Alpert

Jennie, We don't have any "late discovery." We sent you our supplemental RFP responses yesterday. As stated in those responses, we have no responsive documents left to produce other than communications with DOJ, which we have until April 30, 2026 to produce per the Court's March 31 Order (ECF 609). Again, we don't agree to reopen Mr. Alpert's deposition.

Thanks,
Josh

---

**From:** Silk, Jennie <jsilk@bakerdonelson.com>
**Sent:** Wednesday, April 15, 2026 10:15 AM
**To:** Joshua Levin <JLevin@rblaw.net>
**Cc:** martin <martin@zummachlaw.com>; fjohnson <fjohnson@johnsonandjohnsonattys.com>; Sarah Raisch <sraisch@rblaw.net>; Colton Johnson Taylor <cjohnson@rblaw.net>; CGrice <CGrice@EFLawgroup.com>; keenandl <keenandl@aol.com>; dgodwin <dgodwin@gmlblaw.com>; Curtis Johnson, Jr. <cjohnson@johnsonandjohnsonattys.com>; ge <ge@perrygriffin.com>; jkp <jkp@perrygriffin.com>; lgross <lgross@perrygriffin.com>; bmckinney <bmckinney@gmlblaw.com>; mcollins <mcollins@gmlblaw.com>; Terri Norman <tnorman@gmlblaw.com>; stephenrleffler <stephenrleffler@yahoo.com>; Mistie Wynn <Mistie@zummachlaw.com>; Antonio Romanucci <aromanucci@rblaw.net>; Stephen Weil <SWeil@rblaw.net>; bw@mendelsonfirm.com; dm <dm@mendelsonfirm.com>; brooke <brooke@bencrump.com>; Dana Kondos <DKondos@rblaw.net>; Houston Ward <HWard@rblaw.net>; Devon Kelly <dkelly@rblaw.net>; Natalie <Natalie@bencrump.com>; court@bencrump.com;

Exhibit 4 - Page 9 of 14

McKinney, Kelsey <kmckinney@bakerdonelson.com>; Hivner, Lexi
<ahivner@bakerdonelson.com>; McMullen, Bruce
<bmcmullen@bakerdonelson.com>
**Subject:** RE: Subpoena Duces Tecum to Dr. Geoffrey Alpert

**[EXTERNAL EMAIL]** DO NOT CLICK links or attachments unless you recognize the sender and know the content is safe.

Hi Josh,

Attached is the Subpoena with the exhibit attached. Apologies for that omission.

While we will agree to pay Mr. Alpert's fee for the time spent in his deposition, there is nothing in the rule that requires us to pay it in advance, nor does that make any sense.  After the deposition, you can send us an invoice for his time, and we will reimburse "a reasonable fee."

We are fine with your 30 minutes of reserved time. Let us know if you want to use it on Friday or when we reopen the deposition after receiving all your late discovery.

Thanks,

**Jennie Vee Silk**
Shareholder

Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
2000 First Tennessee Building
165 Madison Avenue
Memphis, TN 38103

Phone  901.577.8212
Fax     901.577.0812
JSilk@bakerdonelson.com

Baker, Donelson, Bearman, Caldwell & Berkowitz, PC represents clients across the U.S. and abroad from offices in Alabama, Florida, Georgia, Louisiana, Maryland, Mississippi, South Carolina, Tennessee, Texas, Virginia and Washington, D.C.

**From:** Joshua Levin <JLevin@rblaw.net>
**Sent:** Wednesday, April 15, 2026 9:06 AM
**To:** Silk, Jennie <jsilk@bakerdonelson.com>
**Cc:** martin <martin@zummachlaw.com>; fjohnson

Exhibit 4 - Page 10 of 14

<fjohnson@johnsonandjohnsonattys.com>; sraisch <sraisch@rblaw.net>; Colton Johnson Taylor <cjohnson@rblaw.net>; CGrice <CGrice@EFLawgroup.com>; keenandl <keenandl@aol.com>; dgodwin <dgodwin@gmlblaw.com>; Curtis Johnson, Jr. <cjohnson@johnsonandjohnsonattys.com>; ge <ge@perrygriffin.com>; jkp <jkp@perrygriffin.com>; lgross <lgross@perrygriffin.com>; bmckinney <bmckinney@gmlblaw.com>; mcollins <mcollins@gmlblaw.com>; Terri Norman <tnorman@gmlblaw.com>; stephenrleffler <stephenrleffler@yahoo.com>; Mistie Wynn <Mistie@zummachlaw.com>; aromanucci <aromanucci@rblaw.net>; sweil <sweil@rblaw.net>; bw@mendelsonfirm.com; dm <dm@mendelsonfirm.com>; brooke <brooke@bencrump.com>; DKondos <DKondos@rblaw.net>; hward <hward@rblaw.net>; dkelly <dkelly@rblaw.net>; Natalie <Natalie@bencrump.com>; court@bencrump.com; McKinney, Kelsey <kmckinney@bakerdonelson.com>; Hivner, Lexi <ahivner@bakerdonelson.com>; McMullen, Bruce <bmcmullen@bakerdonelson.com>

**Subject:** Re: Subpoena Duces Tecum to Dr. Geoffrey Alpert

The City can make payment by bringing a check in the amount of $5,600 made out to Geoffrey Alpert to the deposition. Please confirm you will do so.

Also, the City has not responded to our request for up to 30 min to question Mr. Alpert. We take it there is no objection then.

Thank you,

Josh

---

**From:** Joshua Levin <JLevin@rblaw.net>
**Date:** Tuesday, April 14, 2026 at 9:24 PM
**To:** Silk, Jennie <jsilk@bakerdonelson.com>
**Cc:** martin <martin@zummachlaw.com>; fjohnson <fjohnson@johnsonandjohnsonattys.com>; Sarah Raisch <sraisch@rblaw.net>; Colton Johnson Taylor <cjohnson@rblaw.net>; CGrice <CGrice@EFLawgroup.com>; keenandl <keenandl@aol.com>; dgodwin <dgodwin@gmlblaw.com>; Curtis Johnson, Jr. <cjohnson@johnsonandjohnsonattys.com>; ge <ge@perrygriffin.com>; jkp <jkp@perrygriffin.com>; lgross <lgross@perrygriffin.com>; bmckinney <bmckinney@gmlblaw.com>; mcollins <mcollins@gmlblaw.com>; Terri Norman <tnorman@gmlblaw.com>;

Exhibit 4 - Page 11 of 14

stephenrleffler <stephenrleffler@yahoo.com>; Mistie Wynn <Mistie@zummachlaw.com>; Antonio Romanucci <aromanucci@rblaw.net>; Stephen Weil <SWeil@rblaw.net>; bw@mendelsonfirm.com <bw@mendelsonfirm.com>; dm <dm@mendelsonfirm.com>; brooke <brooke@bencrump.com>; Dana Kondos <DKondos@rblaw.net>; Houston Ward <HWard@rblaw.net>; Devon Kelly <dkelly@rblaw.net>; Natalie <Natalie@bencrump.com>; court@bencrump.com <court@bencrump.com>; McKinney, Kelsey <kmckinney@bakerdonelson.com>; Hivner, Lexi <ahivner@bakerdonelson.com>; McMullen, Bruce <bmcmullen@bakerdonelson.com>
**Subject:** Re: Subpoena Duces Tecum to Dr. Geoffrey Alpert

Jennie, Pursuant to FRCP 26(b)(4)(E), the City must pay for Mr. Alpert's time spent in the deposition. His fee for a 7-hour deposition is $5,600, which must be paid in advance. Please confirm that the City will make payment of this amount. Payment instructions to follow.

Also, I wanted to let you know that the subpoena to Mr. Alpert refers to an Exhibit A but there is none attached.

Thanks,
Josh

---

**From:** Joshua Levin <JLevin@rblaw.net>
**Date:** Tuesday, April 14, 2026 at 5:13 PM
**To:** Silk, Jennie <jsilk@bakerdonelson.com>
**Cc:** martin <martin@zummachlaw.com>, fjohnson <fjohnson@johnsonandjohnsonattys.com>, Sarah Raisch <sraisch@rblaw.net>, Colton Johnson Taylor <cjohnson@rblaw.net>, CGrice <CGrice@EFLawgroup.com>, keenandl <keenandl@aol.com>, dgodwin <dgodwin@gmlblaw.com>, Curtis Johnson, Jr. <cjohnson@johnsonandjohnsonattys.com>, ge <ge@perrygriffin.com>, jkp <jkp@perrygriffin.com>, lgross <lgross@perrygriffin.com>, bmckinney <bmckinney@gmlblaw.com>, mcollins <mcollins@gmlblaw.com>, Terri Norman <tnorman@gmlblaw.com>, stephenrleffler <stephenrleffler@yahoo.com>, Mistie Wynn <Mistie@zummachlaw.com>, Antonio Romanucci <aromanucci@rblaw.net>, Stephen Weil <SWeil@rblaw.net>,

Exhibit 4 - Page 12 of 14

bw@mendelsonfirm.com <bw@mendelsonfirm.com>, dm <dm@mendelsonfirm.com>, brooke <brooke@bencrump.com>, Dana Kondos <DKondos@rblaw.net>, Houston Ward <HWard@rblaw.net>, Devon Kelly <dkelly@rblaw.net>, Natalie <Natalie@bencrump.com>, court@bencrump.com <court@bencrump.com>, McKinney, Kelsey <kmckinney@bakerdonelson.com>, Hivner, Lexi <ahivner@bakerdonelson.com>, McMullen, Bruce <bmcmullen@bakerdonelson.com>
**Subject:** RE: Subpoena Duces Tecum to Dr. Geoffrey Alpert

Yes, we accept service.

---

**From:** Silk, Jennie <jsilk@bakerdonelson.com>
**Sent:** Tuesday, April 14, 2026 4:40 PM
**To:** Joshua Levin <JLevin@rblaw.net>
**Cc:** martin <martin@zummachlaw.com>; fjohnson <fjohnson@johnsonandjohnsonattys.com>; Sarah Raisch <sraisch@rblaw.net>; Colton Johnson Taylor <cjohnson@rblaw.net>; CGrice <CGrice@EFLawgroup.com>; keenandl <keenandl@aol.com>; dgodwin <dgodwin@gmlblaw.com>; Curtis Johnson, Jr. <cjohnson@johnsonandjohnsonattys.com>; ge <ge@perrygriffin.com>; jkp <jkp@perrygriffin.com>; lgross <lgross@perrygriffin.com>; bmckinney <bmckinney@gmlblaw.com>; mcollins <mcollins@gmlblaw.com>; Terri Norman <tnorman@gmlblaw.com>; stephenrleffler <stephenrleffler@yahoo.com>; Mistie Wynn <Mistie@zummachlaw.com>; Antonio Romanucci <aromanucci@rblaw.net>; Stephen Weil <SWeil@rblaw.net>; bw@mendelsonfirm.com; dm <dm@mendelsonfirm.com>; brooke <brooke@bencrump.com>; Dana Kondos <DKondos@rblaw.net>; Houston Ward <HWard@rblaw.net>; Devon Kelly <dkelly@rblaw.net>; Natalie <Natalie@bencrump.com>; court@bencrump.com; McKinney, Kelsey <kmckinney@bakerdonelson.com>; Hivner, Lexi <ahivner@bakerdonelson.com>; McMullen, Bruce <bmcmullen@bakerdonelson.com>
**Subject:** Subpoena Duces Tecum to Dr. Geoffrey Alpert

**[EXTERNAL EMAIL]** DO NOT CLICK links or attachments unless you recognize the sender and know the content is safe.

Josh,

Exhibit 4 - Page 13 of 14

Attached is a subpoena duces tecum to Dr. Geoffrey Alpert. Will you accept service on his behalf?

**Jennie Vee Silk**
Shareholder

Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
2000 First Tennessee Building
165 Madison Avenue
Memphis, TN 38103

Phone  901.577.8212
Fax     901.577.0812
JSilk@bakerdonelson.com

Baker, Donelson, Bearman, Caldwell & Berkowitz, PC represents clients across the U.S. and abroad from offices in Alabama, Florida, Georgia, Louisiana, Maryland, Mississippi, South Carolina, Tennessee, Texas, Virginia and Washington, D.C.

NOTICE: This electronic mail transmission with any attachments may constitute an attorney-client communication, protected health information (PHI) or other confidential information that is in fact confidential, legally protected from disclosure and/or protected by the attorney-client privilege. If you are the intended recipient, please maintain confidentiality and be aware that forwarding this e-mail to others may result in a waiver of these protections and privileges and regardless electronic communications may be at times illegally accessed and viewed. If you are not the intended recipient, this e-mail is not intended for transmission to you, nor to be read, reviewed, used, distributed or even received by you or any other unauthorized persons. If you have received this electronic mail transmission in error, please double delete it from your system immediately without copying, reading or disseminating it, and notify the sender by reply e-mail, so that our address record can be corrected. Thank you very much.

Exhibit 4 - Page 14 of 14